**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE BOOGREN,<br><br>     Plaintiff,<br><br>   v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>     Defendant. | Case No.: ED CV 19-1744-DMG (KKx)<br><br>**JUDGMENT** |

The Court having granted Defendant Costco Wholesale Corporation's Motion for Summary Judgment by Order dated November 18, 2020,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and against Plaintiff Renee Boogren.

DATED:  November 18, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE